UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE APPLICATION OF SUKHBAATAR      :
BATBOLD FOR AN ORDER PURSUANT
TO 28 U.S.C. § 1782                                 :         21-mc-000218-RA-OTW

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - X

### DECLARATION OF ARON FISCHER IN SUPPORT OF
### K2 INTEGRITY'S MEMORANDUM OF LAW IN OPPOSITION TO SUKHBAATAR BATBOLD'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

I, ARON FISCHER, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Aron Fischer. I am a partner at the law firm Patterson Belknap Webb & Tyler LLP, counsel for K2 Integrity Holdings, Inc., and as such I am familiar with the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Nyamdorj Sharavdorj in support of *Ex Parte* Petition for an Order Directing Discovery from JPMorgan Chase Bank, N.A. Pursuant to 28 U.S.C. § 1782, Doc. 13, 21-mc-00178-VB (S.D.N.Y. Mar. 17, 2021) ("First Sharavdorj Declaration").

3. Attached hereto as Exhibit B is a true and correct copy of the exhibits appended to the First Sharavdorj Declaration.

4. Attached hereto as Exhibit C is a true and correct copy of the First Affidavit of Jules B. Kroll, *Agency for Policy Coordination on State Property et al. v. Batbold Sukhbaatar et al.*, NYCSEF Doc. No. 27, Index No. 656507/2020 (N.Y. County Nov. 25, 2020). The

appendices, charts, and exhibits to this affidavit are not filed herewith but are publicly available on the docket of *Agency for Policy Coordination on State Property et al. v. Batbold Sukhbaatar et al.*, Index No. 656507/2020 (N.Y. County Nov. 25, 2020) as NYSCEF Doc. Nos. 28-48.

5.   Attached hereto as Exhibit D is a true and correct copy of the Summons and Complaint, *Agency for Policy Coordination on State Property et al. v. Batbold Sukhbaatar et al.*, NYCSEF Doc. No. 1, Index No. 656507/2020 (N.Y. County Nov. 25, 2020).

6.   Attached hereto as Exhibit E is a true and correct copy of the Stipulation, *Agency for Policy Coordination on State Property et al. v. Batbold Sukhbaatar et al.*, NYCSEF Doc. No. 195, Index No. 656507/2020 (N.Y. County Dec. 22, 2020).

7.   Attached hereto as Exhibit F is a true and correct copy of Janet Morissey, *A Corporate Sleuth Tries the Credit Rating Field*, N.Y. TIMES, Feb. 26, 2011, *available at* https://www.nytimes/com/2011/02/27/business/27kroll.html.

8.   Attached hereto as Exhibit G is a true and correct copy of Julie Segal, *How to Break Up a Credit Rating Oligopoly*, INSTITUTIONAL INVESTOR, Oct. 3, 2018, *available at* https://www.institutionalinvestor.com/article/b1b74shdrlpzjy/How-to-Break-Up-a-Credit-Ratings-Oligopoly.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Aron Fischer*
Aron Fischer

Dated: May 3, 2021