# Tong Exhibit B

IN THE GENERAL DIVISION OF THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: HC/S 1145/2020
Sub Case No.: HC/SUM 771/2021
Doc No.: HC/ORC 1253/2021
Filed: 05-March-2021 11:37 AM



Between

1. THE AGENCY FOR POLICY COORDINATION ON STATE PROPERTY OF MONGOLIA
   (Mongolia Registration No. 6098169)

2. ERDENET MINING CORPORATION LLC
   (Mongolia Registration No. 2074192)

3. ERDENES OYU TOLGOI LLC
   (Mongolia Registration No. 5548721)

...Plaintiff(s)

And

1. BATBOLD SUKHBAATAR
   (Mongolia Passport No. D00002412)

2. CHEONG CHOO YOUNG
   (Korea, South Passport No. M73526521)

3. KIM HAK SEON
   (Korea, South Passport No. M00023279)

4. CLIVEDEN TRADING AG
   (Switzerland Registration No. CHE-320.434.509)

5. EOIN BARRY SAADIEN
   (NRIC No. S7169540I)

6. EVEREST VC PTE. LTD.
   (Singapore UEN No. 201601292G)

7. PONDUVER PTE. LIMITED
   (Singapore UEN No. 201316971C)

...Defendant(s)

**ORDER OF COURT**

Before:       The Learned Assistant Registrar Low Yunhui James in Chambers

Date of Order :   05-March-2021

**UPON THE APPLICATION** of the 1st Defendant made by way of HC/SUM 771/2021 filed on 17 February 2021 coming on for hearing on 5 March 2021, **AND UPON HEARING** Counsel for the 1st Defendant and Counsel for the 1st, 2nd and 3rd Plaintiffs, **BY CONSENT**

It is ordered that:

1. All proceedings in this action as against the 1st Defendant shall forthwith be stayed until further order;

2. Each party shall be at liberty at any time to apply for such stay to be lifted, including for the purposes of setting aside and/or varying the Order of Court made by Judicial Commissioner Tan Puay Boon on 27 November 2020 vide HC/ORC 6507/2020 (the "**Mareva Order**"), the Order of Court made by Assistant Registrar Miyapan Ramu on 27 November 2020 vide HC/ORC 6523/2020 (the "**Service Out of Jurisdiction Order**"), and the Order of Court made by Assistant Registrar Miyapan Ramu on 27 November 2020 vide HC/ORC 6514/2020 (the "**Substituted Service Order**") at any time and on any ground whatsoever. For the avoidance of doubt, the Mareva Order, the Service Out of Jurisdiction Order and the Substituted Service Order shall otherwise remain in force until further order;

3. In the event of any application under paragraph 2 above to lift the stay of proceedings ordered, the parties shall be at liberty to contest such application on any ground which they may have, including without limitation in the case of the 1st Defendant, the grounds of *forum non conveniens*, duplicity and/or case management; and

4. There be no order as to costs for HC/SUM 771/2021.

HC/S1145/2020:HC/SUM771/2021:HC/ORC1253/2021:HC/S1145/2020:HC/SUM771/2021:HC/ORC1253/2021

TEH HWEE HWEE
REGISTRAR
SUPREME COURT
SINGAPORE