**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

February 2, 2022

VIA ELECTRONIC FILING

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   In re Application of Sukhbaatar Batbold for an Order Pursuant to 28 U.S.C. § 1782, 21-mc-00218-RA (S.D.N.Y.)

Dear Judge Wang:

We respectfully submit this letter as counsel to Petitioner Sukhbaatar Batbold in response to the letter filed on January 28, 2022, by Respondent K2 Integrity ("K2") seeking a pre-motion conference.

As the Court is aware, Mr. Batbold commenced this Section 1782 petition to seek discovery in connection with five foreign cases purportedly brought against him by the Mongolian Office of the Prosecutor General ("OPG"), a Mongolian state agency, and two state-owned mining companies. King & Spalding LLP and its co-counsel around the world prosecuted these actions purportedly on behalf of these entities. On October 6, 2021, this Court granted Mr. Batbold's application and permitted him to serve subpoenas on K2. K2 is an investigator. Its purported factual investigation gave rise to all of the foreign litigations against Mr. Batbold. Among other things, Mr. Batbold sought evidence of who purportedly authorized and funded K2's work and the litigation against him. That evidence would support his defense that each of the foreign cases had not been properly authorized and should therefore be dismissed.

On January 31, 2022, our clients' Mongolian counsel received a letter from OPG that expressly terminated King & Spalding and its co-counsel's authority to continue prosecuting actions against Mr. Batbold around the world. King & Spalding was copied on the letter. OPG further confirmed King & Spalding had never been properly authorized to pursue litigation against Mr. Batbold, as Mr. Batbold has argued from the very beginning. We have shared OPG's letter with King & Spalding and asked them to confirm they will immediately withdraw all foreign actions. Our discussions are ongoing. To our surprise, however, King & Spalding advised it was not even aware of the letter its putative client (OPG) sent.

These events are developing at a rapid pace. As a consequence, we join K2's request for a conference. We respectfully suggest scheduling this conference for two weeks from today

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

The Honorable Ona T. Wang
February 2, 2022
Page 2

makes sense so the parties will have more information and hopefully a full status report for the Court.

We thank the Court for its kind consideration.

Respectfully submitted,

/s/ Orin Snyder
   Orin Snyder

cc: All Counsel of Record