UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
:
IN RE APPLICATION OF SUKHBAATAR BATBOLD  :  21-MC-218 (RA) (OTW)
FOR AN ORDER PURSUANT TO 28 U.S.C. §     :
1782 TO CONDUCT DISCOVERY FOR USE IN     :  **ORDER**
FOREIGN PROCEEDINGS                      :
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties' May 12, 2022 request to adjourn the May 19, 2022 status conference is **DENIED WITHOUT PREJUDICE**. The May 19, 2022 status conference has been scheduled, with the parties' consent, since April 26, 2022. (ECF 86 at 74:25-75:13). The Court is unable to accommodate the two other times the parties have proposed, and the parties do not explain why this adjournment is necessary. Any further request[1] to adjourn the May 19, 2022 status conference must include a reason why the adjournment is necessary.

The Clerk of Court is directed to close ECF 88.

**SO ORDERED.**

Dated: May 16, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] If the request contains sensitive or confidential information, it may be submitted by .pdf via email in lieu of being filed on the docket. *See* Individual Rules, Section 1.e.