# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

July 5, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re Application of Sukhbaatar Batbold*, 21-MC-00218-RA-OTW

Dear Judge Abrams and Judge Wang:

We write as counsel to K2 Integrity ("K2") to inform the Court that King & Spalding LLP—the outside litigation counsel for K2's client, the Prosecutor General's Office of Mongolia ("PGOM")—informed the Singapore court on Monday, July 4, 2022, that it will no longer be acting on behalf of PGOM.

As the Court may recall, in September 2018, PGOM and K2's English affiliate, K2 Intelligence Ltd., entered into an Asset Recovery Services Agreement. ECF 94-1 at 7-10. Pursuant to that agreement, K2 has worked with PGOM's outside litigation counsel, King & Spalding, to recover assets misappropriated from Mongolian state-owned mining enterprises. Evidence of King & Spalding's engagement by PGOM can be found in the declarations of Sarah Yasmin Walker, a partner of King & Spalding, dated May 3, 2021 and June 1, 2022, ECF 35 & 116-5; Ts. Nasanbat, former Deputy Prosecutor General of the Metropolitan Prosecutor's Office ("MPO"), ECF 34; and Sh. Nyamdorj, former Prosecutor General of the MPO, ECF 39-1, as well as a letter instructing King & Spalding, ECF 39-2 at 31, and the memorandum of understanding signed by King & Spalding as an addendum to the Asset Recovery Services Agreement, ECF 94-1 at 18.

We are seeking further information regarding this development and will update the Court as soon as we are able.

Americas (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Carribean (BVI, Cayman Islands), EMEA (Cyrpus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Ronnie Abrams and Hon. Ona T. Wang
July 5, 2022
Page 2

                                                         Respectfully submitted,

                                                         /s/ Darryl G. Stein

                                                         Kobre & Kim LLP
                                                         800 Third Avenue
                                                         New York, NY 10022
                                                         (212) 488-1200

cc: All Counsel of Record (*by ECF*)