**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
IN RE APPLICATION OF SUKHBAATAR BATBOLD :     21-MC-218 (RA) (OTW)
FOR AN ORDER PURSUANT TO 28 U.S.C. §           :
1782 TO CONDUCT DISCOVERY FOR USE IN           :     **ORDER**
FOREIGN PROCEEDINGS                            :
:
:
:
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' filings concerning King & Spalding LLP's representation—and withdrawal of representation—of the Prosecutor General's Office of Mongolia ("OPG") in various international proceedings. (ECF 118, 119, 120, 121). The briefing of K2's Motion to Quash is hereby **STAYED**.

By **July 26, 2022**, Batbold is directed to submit a <u>chart</u> detailing the status of each international litigation brought by OPG against Batbold, of which he is aware. The chart should include at least the following information:

- The docket number, or other identifying number;
- The name of the case or proceeding;
- The date(s) that the case(s) were initiated;
- A short summary of the causes of action raised;

- The date King & Spalding withdrew as counsel, and their reasons for withdrawing, if known; and

- The current status of the proceeding.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: July 12, 2022<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |