# EXHIBIT 4

TO: AUTHORISED REPRESENTATIVE
KH. JARGALSAIKHAN
/Tel: 99015706/

OFFICE OF PROSECUTOR GENERAL OF MONGOLIA

**RESPONSE LETTER**

Huulchdyn street 15/1, Baga Toiruu, Chingeltei District.
Ulaanbaatar 15160-0027
Tel: 2608 55
Fax: gpo@procuror.mn
Website: www.procuror.mn

March 10, 2022    Ref: No. 1/635

Re: Response to enquiry

I reviewed your complaint addressed to the Prosecutor General's Office of Mongolia and the relevant documents.

I have sent the official letter to King & Spalding International LLP and its partner J. Emmett Murphy demanding to terminate their actions contrary to ethics of legal profession such as tarnishing the reputation of the prosecutorial authority and prosecutors, and making illegal demands, to refrain therefrom and to respectfully obey the decision of the competent official.

They were warned officially that in case of illegal influence, interfering in, or exerting pressure on the work of the prosecutor's authority or a prosecutor, they shall be held liable in accordance with law of Mongolia, and the prosecutor's decision together with the certain relevant documents were sent via electronic mail.

Note: Documents sent to King & Spalding International LLP are attached for your information.

DEPUTY GENERAL PROSECUTOR OF MONGOLIA,
CHIEF STATE JUDICIAL ADVISOR         M.CHINBAT

(seal and signature)

*I declare that all my translations from Mongolian and English are done accurately and truthfully.*

*Translated and verified translation center of "Westgate translation Bureau" LLC.*
*State registration number: 90115000047. Register number: 5484235. Valid period: without a deadline.*
*Registered with: General authority of state registration, Mongolia.*
*Translator: T.Gantulga*
*Tel /office/: 76762112, Tel /mobile/: 91118517*



⌈ ИТГЭМЖЛЭГДСЭН ТӨЛӨӨЛӨГЧ ⌉
Х.ЖАРГАЛСАЙХАН ТАНД
/Утас: 99015706/

**МОНГОЛ УЛСЫН
ЕРӨНХИЙ ПРОКУРОРЫН ГАЗАР
ХАРИУ МЭДЭГДЭХ ХУУДАС**

15160-0027 Улаанбаатар хот, Чингэлтэй дүүрэг, Бага тойруу,
Хуульчдын гудамж 15/1, Утас: 26 08 55,
Факс: (976-51) 26 37 39, И-мэйл: gpo@prokuror.mn,
Вэбсайт: www.prokuror.mn

2022.03.10       № 1/635

Хариу өгөх тухай

Улсын ерөнхий прокурорын газарт хандаж гаргасан таны гомдол, холбогдох баримтуудтай танилцлаа.

Прокурорын байгууллага, прокурорын нэр төрд халдаж, хууль бус шаардлага тавих зэргээр хуульчийн мэргэжлийн ёс зүйд харшилсан үйлдлээ таслан зогсоох, дахин гаргахгүй байх, эрх бүхий албан тушаалтны шийдвэрийг хүндэтгэн биелүүлэх талаар Кинг энд Спалдинг Интернэйшнл ХХН, түүний гишүүн Ж.Эммэтт Мёрфи нарт албан бичиг хүргүүллээ.

Прокурорын байгууллага болон прокурорын үйл ажиллагаанд хууль бусаар нөлөөлөх, хөндлөнгөөс оролцож дарамт шахалт үзүүлэх тохиолдолд Монгол Улсын хуулийн дагуу хариуцлага хүлээх болохыг албан ёсоор анхааруулж, прокурорын шийдвэр, холбогдох зарим баримтуудын хамт цахим шуудангаар хүргүүлсний мэдэгдье.

Жич: Кинг энд Спалдинг Интернэйшнл ХХН-д хүргүүлсэн баримтуудыг хавсаргав.

УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН
ОРЛОГЧ, ТӨРИЙН ХУУЛЬ ЦААЗЫН
ШАДАР ЗӨВЛӨХ                           М.ЧИНБАТ



1501051110



**МОНГОЛ УЛСЫН
ЕРӨНХИЙ ПРОКУРОРЫН ГАЗАР**

15160-0027 Улаанбаатар хот, Чингэлтэй дүүрэг, Бага тойруу,
Хуульчдын гудамж 15/1, Утас: 26 08 55,
Факс: (976-51) 26 37 39, И-мэйл: gpo@prokuror.mn,
Вэбсайт: www.prokuror.mn

2022.03.10.   № 1/1543.
танай _____ -ны № _____ -т

КИНГ ЭНД СПАЛДИНГ
ИНТЕРНЭЙШНЛ ХХН,
ТҮҮНИЙ ГИШҮҮН
Ж.ЭММЭТТ МЁРФИ ТАНАА

Гомдол, захидлын талаар

    Монгол Улсын иргэн Х.Жаргалсайханаас тус прокурорын газарт хандаж гаргасан гомдол, түүнд хавсаргасан Ж.Эммэтт Мёрфигийн захидал зэрэг баримтуудтай танилцлаа.

    Миний бие М.Чинбат Монгол Улсын Ерөнхийлөгчийн 2019 оны 04 дүгээр сарын 18-ны өдрийн 67 дугаар зарлигаар Улсын ерөнхий прокурорын орлогчоор томилогдсон бөгөөд Монгол Улсын ерөнхий прокурорын шийдвэрийн дагуу шүүхэд төрийг төлөөлөх ажлыг хариуцах дээд шатны албан тушаалтны хувьд 2022 оны 01 дүгээр сарын 31-ний өдрийн 1/330 тоот албан бичгийн хувийг Кинг энд Спалдинг Интернэйшнл ХХН, түүний гишүүн Сара Я Уокер нарт SWalker@KSLAW.com цахим хаягаар хүргүүлсэн.

    Түүнчлэн прокурор Ц.Насанбатаас 2022 оны 01 дүгээр сарын 27-ны өдөр дээрх цахим хаягаар "Баянзүрх дүүргийн иргэний хэргийн анхан шатны шүүхийн шүүгчийн 2021 оны 11 дүгээр сарын 18-ны өдрийн 101/Ш32021/20096 дугаар захирамжаар хэрэгсэхгүй болгосон иргэний хэрэгт Нийслэлийн прокурорын газар, төрийн болон төрийн өмчит байгууллагуудыг төлөөлөхгүй болсон, цаашид дээрх иргэний хэрэг, маргаантай холбоотой асуудлаар ямар нэгэн эрх эдэлж, үүрэг хүлээхгүй болохоо Кинг энд Спалдинг Интернэйшнл ХХН, түүний гишүүн Сара Я Уокер нарт бичгээр мэдэгдсэнийг үүгээр дахин уламжилж байна.

    Улсын ерөнхий прокурорын газрын албан бичиг, прокурорын мэдэгдэлд дурдсан асуудал нь Кинг энд Спалдинг Интернэйшнл ХХН, түүний хуульч нарт шууд хамаарах бөгөөд Прокурорын тухай хуулийн 9 дүгээр зүйлд заснаар, хуульд заасан үндэслэл, журмын дагуу гаргасан прокурорын шийдвэрийг хүн, хуулийн этгээд, албан тушаалтан биелүүлэх үүрэгтэй.

    Прокурорын тухай хуулийн 6 дугаар зүйлд заснаар дээд шатны прокурор нь прокурорын үйл ажиллагаа, шийдвэрийн талаарх гомдлыг хянан шийдвэрлэх, хууль бус, үндэслэлгүй шийдвэрийг хүчингүй болгох эрхтэй тул та бүхэнтэй урьд өмнө харилцаж байсан Нийслэлийн прокурорын газрын ерөнхий прокурорын орлогч асан Ц.Насанбатын шийдвэр, үйл ажиллагаа хууль бус, үндэслэлгүй болохыг дахин мэдэгдэж байна.

1501031199

2

Нийслэлийн прокурорын газрын ерөнхий прокурор асан Ш.Нямдорж Прокурорын байгууллагаас чөлөөлөгдөж, Ц.Насанбат өөр ажил, албан тушаалд томилогдсон болно.

Ж.Эммэтт Мёрфигийн 2022 оны 02 дугаар сарын 28-ны өдрийн захидлын агуулгаас харахад, прокурорын байгууллага, прокурорын нэр төрд халдаж, хууль бус шаардлага тавих зэргээр олон улсын хуульчийн мэргэжлийн ёс зүйд харшилсан үйлдэл гаргасан байна.

Кинг энд Спалдинг Интернэйшнл ХХН нь Улсын ерөнхий прокурорын газрын эрх бүхий албан тушаалтны шийдвэрийг хүндэтгэн биелүүлэх ёстой.

Прокурорын байгууллага болон прокурорын үйл ажиллагаанд хууль бусаар нөлөөлөх, хөндлөнгөөс оролцож дарамт шахалт үзүүлэх тохиолдолд Монгол Улсын хуулийн дагуу хариуцлага хүлээх болохыг үүгээр анхааруулж байна.

Прокурорын байгууллага нь тусгаар тогтносон, бүрэн эрхт Монгол Улсын хууль тогтоомжийн хэрэгжилтийг нэг мөр хангуулах чиг үүрэг бүхий, хараат бус, бие даасан шүүх эрх мэдлийг хэрэгжүүлэхэд оролцогч байгууллага тул та бүхэн хүндэтгэлтэй хандахыг хүсье.

Энэхүү албан бичигтэй танилцаад, хариу ирүүлнэ үү.

Дараах баримт бичгүүдийг хавсаргав.

1. Улсын ерөнхий прокурорын газрын 2022 оны 01 дүгээр сарын 31-ний өдрийн 1/330 тоот албан бичиг.

2. Улсын ерөнхий прокурорын газрын 2022 оны 01 дүгээр сарын 24-ний өдрийн 1/804 тоот албан бичиг.

3. Улсын ерөнхий прокурорын газрын 2022 оны 01 дүгээр сарын 28-ны өдрийн 1/883 тоот албан бичиг.

4. Прокурор Ц.Насанбатаас Кинг энд Спалдинг Интернэйшнл ХХН, түүний гишүүн Сара Я. Уокерт 2022 оны 01 дүгээр сарын 27-ны өдөр хүргүүлсэн мэдэгдэл, англи хэл дээрх бичиг.

Хувийг иргэн Х.Жаргалсайханд.

УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН
ОРЛОГЧ, ТӨРИЙН ХУУЛЬ ЦААЗЫН
ШАДАР ЗӨВЛӨХ                                           М.ЧИНБАТ



**_UNOFFICIAL TRANSLATION_**

**TO KING & SPALDING LLP, AND ITS
PARTNER J. EMMETT MURPHY**

*Regarding the complaint and official letter*

We have reviewed the complaint addressed to this prosecutors' office from Mongolian citizen Kh.Jargalsaikhan, and its attached letter from J. Emmett Murphy.

I, Chinbat.M have been appointed as the Deputy Prosecutor General by the Presidential Order of Mongolia dated April 18th, 2019, numbered 67. Also, the Deputy Prosecutor General is a superior official who represent the state at court according to the Prosecutor Generals' decision. Thus, I sent the copy of the official letter dated January 1st, 2022, numbered 1/330 to King & Spalding LLP, and its partner Sarah Y. Walker through e-mail address SWalker@kslaw.com.

Furthermore, prosecutor Nasanbat.Ts also sent e-mail and official letter to King & Spalding LLP, and its partner Sarah Y. Walker through forementioned e-mail address, and implies that "the Capital city Prosecutors' office will not further represent the state organizations and state-owned enterprises in the civil case, which has been dismissed by the order of Bayanzurkh district Civil Court of First Instance, dated November 18th, numbered 101/SH32021/20096, and further will not have any rights and obligations in the civil case and disputes mentioned before". We hereby sending you the official letter again.

The issues mentioned in the official letter, and the statement of the Prosecutor Generals' office are directly concerned to King & Spalding LLP, and its lawyers. According to the Article 9, Code on Prosecution service, a person, a legal entity, and an official shall abide prosecutors' decision that has legal basis.

According to the Article 6, Code on Prosecution Service, superior prosecutor has authority to solve complaints regarding prosecutors' operation, and its decision, cancel decisions that are illegal, and without basis. Thus, hereby once again notify you that decisions and operations of prosecutor Nasanbat.Ts whom you had in contact with before, are illegal and without basis.

The former Chief prosecutor of the Capital city Prosecutors' office Mr. Nyamdorj.Sh has been removed from its position, Mr. Nasanbat.Ts re-assigned to another position.

Details of the letter from J. Emmett Murphy dated February 28th, 2022 damages reputation of prosecution organization and prosecutors, and demanding illegal requests, which violates professional ethics of global lawyers.

King & Spalding LLP shall abide authorities from the Prosecutor Generals' office with respect.

I hereby warn you that illegal influence, interference and pressure against Prosecution organization and prosecutors shall take responsibilities in accordance with domestic laws of Mongolia.

The Prosecution organization is an independent, autonomous organization with duties and obligations to unanimously implement laws and regulations within the territory of Mongolia. Also, the Prosecution organization is a participant to judiciary, therefore we wish you to treat us with respect.

Please reply this letter after you review it.

The attachments are followings:

1. Official letter from the Prosecutor Generals' office dated January 31st, 2022, numbered 1/330.

2. Official letter from the Prosecutor Generals' office dated January 24th, 2022, numbered 1/804.

3. Official letter from the Prosecutor Generals' office dated January 28th, 2022, numbered 1/883.

4. Prosecutor Nasanbat.Ts's statement to King & Spalding LLP, and its partner Sarah Y. Walker dated January 27th, 2022.

Cc to citizen Jargalsaikhan.Kh.

THE DEPUTY PROSECUTOR GENERAL                    CHINBAT.M



┌ ИТГЭМЖЛЭГДСЭН ТӨЛӨӨЛӨГЧ ┐
 Х.ЖАРГАЛСАЙХАН ТАНД
 /Утас: 99015706/

**МОНГОЛ УЛСЫН
ЕРӨНХИЙ ПРОКУРОРЫН ГАЗАР
ХАРИУ МЭДЭГДЭХ ХУУДАС**

15160-0027 Улаанбаатар хот, Чингэлтэй дүүрэг, Бага тойруу,
Хуульчдын гудамж 15/1, Утас: 26 08 55,
Факс: (976-51) 26 37 39, И-мэйл: gpo@prokuror.mn,
Вэбсайт: www.prokuror.mn

_2022.01.31_   №   _1/330_

Хариу хүргүүлэх тухай

Улсын ерөнхий прокурорын газарт удаа дараа хандаж бичгээр гаргасан таны гомдолтой танилцаад, дараах хариуг үүгээр хүргүүлж байна.

Монгол Улсын иргэн С.Батболд болон бусад этгээдүүдэд холбогдох иргэний хэргийг Баянзүрх дүүргийн иргэний хэргийн анхан шатны шүүхийн шүүгчийн 2021 оны 11 дүгээр сарын 18-ны өдрийн 101/Ш32021/20096 дугаар захирамжаар хэрэгсэхгүй болгож шийдвэрлэсэн бөгөөд уг захирамж мөн оны 11 дүгээр сарын 28-ны өдөр хуулийн хүчин төгөлдөр болсноор дээрх иргэний хэрэгт прокурор Ц.Насанбатын оролцох эрх, үүрэг дуусгавар болсон.

Прокурор нь Иргэний хэрэг шүүхэд хянан шийдвэрлэх тухай хуулийн 31 дүгээр зүйлийн 31.1 дэх хэсэг, Прокурорын тухай хуулийн 17 дугаар зүйлийн 17.1 дэх хэсгийн 17.1.3 дахь заалт, 20 дугаар зүйлийн 20.1 дэх хэсэг болон "Прокурор шүүхэд төрийг төлөөлөх аргачилсан заавар"-ыг баримтлан иргэний хэрэг шүүхэд хянан шийдвэрлэх ажиллагаанд оролцдог.

Нийслэлийн прокурорын газар нь тухайн үед дагаж мөрдөж байсан аргачилсан зааврын 3.1 дүгээр зүйлийн 20-д заасан харьяаллын дагуу Засгийн газрын агентлаг, Нийслэлийн харьяа төрийн байгууллага, агентлагийн хүсэлтийг хүлээн авч, мөн зааврын 3.1 дүгээр зүйлийн 9-д заасанаар төр, нийтийн ашиг сонирхол зөрчигдсөн эсэхэд хууль зүйн дүгнэлт хийж, хэрэв төр, нийтийн ашиг сонирхол зөрчигдсөн нөхцөл байдал тогтоогдсон гэж үзвэл, иргэний хэрэг шүүхэд хянан шийдвэрлэх ажиллагаанд оролцоно.

С.Батболд нарт холбогдох иргэний хэргийн тухайд, Төрийн өмчийн бодлого, зохицуулалтын газар, Эрдэнэс Оюу Толгой ХХК, Эрдэнэт үйлдвэр ТӨҮГ-аас төр, нийтийн ашиг сонирхол зөрчигдсөн асуудлаар прокурор оролцуулах хүсэлтийг Нийслэлийн прокурорын газарт ирүүлээгүй.

Улсын ерөнхий прокурорын газраас Нийслэлийн прокурорын газрын ерөнхий прокурорын орлогч Ц.Насанбатад хүргүүлсэн 2020 оны 7 дугаар сарын 28-ны өдрийн 45/4051 дугаартай албан бичигт дурдагдсан, "Төрийн өмчийн бодлого, зохицуулалтын газрын 2020 оны 7 дугаар сарын 06-ны өдрийн, Эрдэнэт үйлдвэр ТӨҮГ-ын хөрөнгийн эрх, бусад хууль ёсны ашиг сонирхлыг зөрчсөн аливаа үйл ажиллагаатай холбогдуулан прокурорыг иргэний хэрэг хянан шийдвэрлэх ажиллагаанд оролцуулах тухай А/1251 дугаартай албан бичиг" нь эрх бүхий байгууллага, албан тушаалтны албан бичиг, тодруулгаас үзэхэд С.Батболд нарт холбогдуулан гаргасан нэхэмжлэлээр үүсч хэрэгсэхгүй болсон хэрэгт хамааралгүй байна.

D:\2022\ХБМБАХТХ\А4 khariu.docx
1501050621

Монгол Улсын Их Хурлаас 2021 оны 01 дүгээр сарын 15-ны өдөр Иргэний хэрэг шүүхэд хянан шийдвэрлэх тухай хуулийн 31 дүгээр зүйлийн 31.1 дэх хэсэгт оруулсан нэмэлт, өөрчлөлтөөр прокурор төр, нийтийн ашиг сонирхол зөрчигдсөн гэж үзвэл, өөрийн санаачилгаар иргэний хэрэг хянан шийдвэрлэх ажиллагаанд оролцох эрх 2022 оны 07 дугаар сарын 01-ний өдрөөс хэрэгжиж эхэлнэ.

Иргэний хэрэг шүүхэд хянан шийдвэрлэх тухай хуулийн 31 дүгээр зүйлийн 31.1 дэх хэсэг, Прокурорын тухай хуулийн 17 дугаар зүйлийн 17.1 дэх хэсгийн 17.1.3 дахь заалт, 20 дугаар зүйлийн 20.1 дэх хэсэг, тухайн үед дагаж мөрдөж байсан болон Монгол Улсын ерөнхий прокурорын 2021 оны 04 дүгээр сарын 09-ний өдрийн А/47 дугаар тушаалаар батлагдсан "Прокурор шүүхэд төрийг төлөөлөх аргачилсан заавар"-ын зохицуулалтаас үзэхэд, прокурорт гадаад улсын шүүхэд харьяалагдах иргэний хэрэг хянан шийдвэрлэх ажиллагаанд оролцох бүрэн эрхийг олгоогүй.

Төрийн өмчийн бодлого, зохицуулалтын газар, Эрдэнэс Оюу Толгой ХХК, Эрдэнэт үйлдвэр ТӨҮГ нь прокурор Ц.Насанбатаар дотоодын шүүхэд төлөөлүүлэх хүсэлт гаргаагүй, мөн Монгол Улсын эрх бүхий байгууллагуудаас холбогдох хууль тогтоомжинд заасны дагуу гадаад улсын шүүхэд төлөөлөх эрхийг түүнд тусгайлан олгоогүй тул шүүхэд нэхэмжлэл гаргах боломжгүй.

Түүнчлэн Өрийн удирдлагын тухай хуулийн 8 дугаар зүйлийн 8.1 дэх хэсгийн 8.1.4 дэх заалт, 9 дүгээр зүйлийн 9.1 дэх хэсгийн 9.1.7-д заасанаар гагцхүү Монгол Улсын Засгийн газар өрийн баталгаа гаргаж, Сангийн яам хэрэгжүүлдэг, мөн Эрдэнэс Оюу Толгой ХХК, Эрдэнэт үйлдвэр ТӨҮГ нь прокурор Ц.Насанбатад баталгаа гаргах эрх олгоогүй тул тэрээр өөрт байхгүй эрхийг эдэлж, гадаад улсын шүүхэд хандах эрхийг бусдад олгож, уг ажиллагааны улмаас үүсэх хохирлыг хариуцах баталгааг гаргасан нь үндэслэлгүй байна.

Иймд:

1. Прокурор Ц.Насанбатын Кинг энд Спалдинг Интернэйшнл ХХН болон түүний гишүүн Сара Я Уокерт 2020 оны 11 дүгээр сарын 06-ны өдрийн мн/123 тоот албан бичгээр олгосон эрх, баталгаа нь үндэслэлгүй тул хүчингүй, холбогдох бусад гэрээ, хэлцэл дуусгавар болсон;

2. Гадаад улс (ИБУИНВ Улс, АНУ, БНХАУ-ын засаг захиргааны онцгой бүс Хонконг, Жерси, Сингапур улс болон Британийн Виржиний арлууд)-ын шүүхүүдэд явагдаж байгаа С.Батболд нарт холбогдох иргэний хэрэг маргаан, хөрөнгө битүүмжлэх болон мэдээлэл шаардан гаргуулж авах зэрэг бүхий л шүүхийн ажиллагаа дуусгавар болсон болохыг үүгээр тус тус мэдэгдье.

Жич: Улсын ерөнхий прокурорын газрын 2022 оны 01 дүгээр сарын 24-ний өдрийн 1/804, мөн оны 01 дүгээр сарын 28-ны өдрийн 1/883 тоот бичгүүдийг хавсаргав.

Хувийг: Кинг энд Спалдинг Интернэйшнл ХХН-д.



УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН
ОРЛОГЧ, ТӨРИЙН ХУУЛЬ ЦААЗЫН
ШАДАР ЗӨВЛӨХ                                   М.ЧИНБАТ

*Unofficial translation*

## TO AUTHORISED REPRESENTATIVE KH. JARGALSAIKHAN

Delivering a response

We have reviewed your several complaints sent to Office of the Prosecutor General of Mongolia, and are sending the following response.

The civil case related to Mongolian citizen S.Batbold and others has been dismissed by Judge's order numbered 101/SH32021/20096, dated November 18th, 2021 of Bayanzurkh district Civil court of first instance. Prosecutor Ts.Nasanbat's rights and obligations to participate in the above-mentioned civil proceeding terminated with the Judge's order entering into force on November 28th of the same year.

A prosecutor shall participate civil proceedings according to Article 31, Section 31.1 of Code of Civil Procedure, Article 17, Section 17.1, Paragraph 17.1.3, Article 20, Section 20.1 of Code on Prosecutor and "Methodical guidance for prosecutor to represent the state at court".

According to jurisdiction regulated by Article 3.1, Section 20 of the above-mentioned guidance effective at that time, Capital city prosecutor's office shall receive a request from Government agencies, Capital city state organizations and agencies, and, according to the Article 3.1, Section 9 of the Guidance, make a legal conclusion on whether the state and public interest has been violated or not and, if there is actual violation of state and public interest, participate in civil proceedings.

Regarding the civil case related to S.Batbold and others, State Property Policy and Coordination Agency, Erdenes Oyu Tolgoi LLC, Erdenet Mining Corporation State-Owned Enterprise have not sent requests to the Capital city prosecutor's office on having a prosecutor participate in a matter of the state and public interest being violated.

In the letter that the Prosecutor General's office sent to Deputy prosecutor general of the Capital city prosecutor's office Ts.Nasanbat, numbered 45/4051 and dated July 28th, 2020, it mentioned "the letter, numbered A/1251, dated July 6th, 2020, regarding having a prosecutor participate in a civil proceeding on any infringement of Erdenet Mining Corporation State-Owned Enterprise's right to property and other legal interests". However, this letter is irrelevant to the civil case related to S.Batbold and others, which has been filed and dismissed by Judge's order, from the official letters and clarification of authorized organizations and officials.

A right of a prosecutor to participate in civil proceedings by its own initiative, if the state and public interests were violated will enter into force from July 1st, 2022, in accordance with amendments on Article 31, Section 31.1 of Code of Civil Procedure passed by the Parliament of Mongolia on January 15th, 2021.

In accordance with regulation set in Article 31, Section 31.1 of Code of Civil Procedure, Article 17, Section 17.1, Paragraph 17.1.3, Article 20, Section 20.1 of Code on Prosecutor, and "Methodical guidance for prosecutor to represent the state at court", approved by the Order of Prosecutor General of Mongolia numbered A/47, dated April 9th,

2021, a prosecutor isn't provided with an authority to participate in a civil proceeding in a court of foreign jurisdiction.

State Property Policy and Coordination Agency, and Erdenet Oyu Tolgoi LLC, Erdenet Mining Corporation State-Owned Enterprise have not made a request on being represented by prosecutor Ts.Nasanbat in a domestic court, and he has not been specifically provided an authority to represent in a court abroad, according to the relevant laws and regulations, therefore, there is no possibility to file a litigation in a court.

Moreover, according to Article 8, Section 8.1, Paragraph 8.1.4 and Article 9, Section 9.1, Paragraph 9.1.7 of Debt Management Law, only the Government of Mongolia shall make a decision on providing a debt guarantee, and the Ministry of Finance shall execute its decision, also Erdenes Oyu Tolgoi LLC and Erdenet Mining Corporation State-Owned Enterprise have not provided to prosecutor Ts.Nasanbat an authority to issue a guarantee, therefore it is without basis that he used the right, which he doesn't possess, providing a right to others to bring a litigation at a foreign court and issuing a guarantee to be responsible for damages arising from this activity.

Therefore, we notify you respectively that:

1. The authority and guarantee that prosecutor Ts.Nasanbat has provided to King & Spading International LP and its partner Sarah Y. Walker through the official letter numbered MN/123, dated November 6th, 2020, is without basis, therefore, invalid, and all the other relevant agreements have been terminated;
2. Civil cases and disputes related to S.Batbold and others, also all court proceedings such as freezing assets and discovery to demand information at courts of foreign countries (UK, USA, Hong Kong SAR of China, Jersey, Singapore and British Virgin Islands) have been terminated.

Attached are: letters of the Prosecutor General's office numbered 1/804, dated January 24th, 2022, numbered 1/883, dated January 28th of the same year.

Copy to: King & Spalding LLP.

DEPUTY PROSECUTOR GENERAL OF MONGOLIA          M.CHINBAT



**МОНГОЛ УЛСЫН
ЕРӨНХИЙ ПРОКУРОРЫН ГАЗАР**

15160-0027 Улаанбаатар хот, Чингэлтэй дүүрэг, Бага тойруу,
Хуульчдын гудамж 15/1, Утас: 26 08 55,
Факс: (976-51) 26 37 39, И-мэйл: gpo@prokuror.mn,
Вэбсайт: www.prokuror.mn

2022. 01. 24   № 1/804

танай _____ -ны № _____ -т

НИЙСЛЭЛИЙН БАЯНЗҮРХ
ДҮҮРГИЙН ПРОКУРОРЫН
ГАЗРЫН АХЛАХ ПРОКУРОР
Ц.НАСАНБАТ ТАНД

**Гомдлын талаар**

Баянзүрх дүүргийн иргэний хэргийн анхан шатны шүүхийн шүүгчийн 2021 оны 11 дүгээр сарын 18-ны өдрийн 101/Ш32021/20096 дугаар захирамжаар С.Батболд нарт холбогдох иргэний хэргийг хэрэгсэхгүй болгон шийдвэрлэж, уг захирамж мөн оны 11 дүгээр сарын 28-ны өдөр хуулийн хүчин төгөлдөр болсон байна.

Таныг Улсын ерөнхий прокурорын тушаалаар Баянзүрх дүүргийн прокурорын газрын ахлах прокуророор томилсон тул дээрх иргэний хэрэгт Нийслэлийн прокурорын газрыг болон төрийн эрх бүхий байгууллагыг төлөөлөх эрх, үүрэг дуусгавар болсон.

Иймд иргэний хэргийн асуудлаарх аливаа үйл ажиллагааг дуусгавар болгож, цаашид явуулахгүй байхыг болон энэ тухайгаа урьд харилцаж байсан гадаад улсын бүх этгээдэд нэн даруй мэдэгдэхийг үүгээр үүрэг болгож байна.



УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН
ОРЛОГЧ, ТӨРИЙН ХУУЛЬ ЦААЗЫН
ШАДАР ЗӨВЛӨХ            М.ЧИНБАТ

D:\2022\ШТТХ\A4 Toom.doc
1501030573

<u>*Unofficial translation*</u>

To Senior Prosecutor of Bayanzurkh
District Prosecutor's office Nasanbat.Ts

*Regarding your complaint*

The civil case related to Mongolian citizen Batbold.S and others have been dismissed by Judge's order numbered 101/SH32021/20096, dated November 18th, 2021 of Bayanzurkh district Civil court of first instance, and the Judge's order entered into force on November 28th.

Because you have been re-assigned to Senior prosecutor's position at Bayanzurkh district Prosecutor's office by decision of the Prosecutor General, your authority to represent at forementioned civil proceedings has ended.

Thus, hereby order you to finish all activities related to the forementioned civil proceedings, and notify this to individuals at foreign countries that you were in contact with.

DEPUTY PROSECUTOR GENERAL          CHINBAT.M



**МОНГОЛ УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН ГАЗАР**

15160-0027 Улаанбаатар хот, Чингэлтэй дүүрэг, Бага тойруу,
Хуульчдын гудамж 15/1, Утас: 26 08 55,
Факс: (976-51) 26 37 39, И-мэйл: gpo@prokuror.mn,
Вэбсайт: www.prokuror.mn

2022.01.28   № 1/883

танай _____ -ны № _____ -т

НИЙСЛЭЛИЙН ПРОКУРОРЫН ГАЗРЫН ЕРӨНХИЙ ПРОКУРОР, ХУУЛЬ ЦААЗЫН ТЭРГҮҮН ЗӨВЛӨХ Ц.АРИУНБОЛД ТАНД

**Прокурорын шийдвэрийн талаар**

Нийслэлийн прокурорын газрын ерөнхий прокурорын орлогчоор ажиллаж байсан Ц.Насанбат Кинг энд Спалдинг Интернэйшнл ХХН-ийн гишүүн Сара Я Уокерт 2020 оны 11 дүгээр сарын 06-ны өдөр "Мэдээлэл хүргүүлэх тухай" мн/123 тоот албан бичиг явуулсан байна.

Дээрх албан бичгээр Төрийн өмчийн бодлого зохицуулалтын газар, Эрдэнэт үйлдвэр ТӨҮГ, Эрдэнэс Оюу Толгой ХХК-ийн нэрийн өмнөөс гадаад улсын шүүхүүдэд хөрөнгө битүүмжлэх, бусад арга хэмжээг авахуулахаар хандах, тухайн хариуцагч, эсхүл гуравдагч этгээдэд уг арга хэмжээг авснаас болж хохирол учирвал, тэрхүү хохирлыг дээрх төрийн болон төрийн өмчит байгууллагууд хариуцан арилгах үүрэг хүлээж байгааг баталж, энэ талаар баталгаа гаргах зөвшөөрлийг Кинг энд Спалдинг Интернэйшнл ХХН-ийн гишүүн Сара Я Уокерт олгосон байна.

Төрийн өмчийн бодлого, зохицуулалтын газар, Эрдэнэт үйлдвэр ТӨҮГ, Эрдэнэс Оюу Толгой ХХК нь С.Батболд нарт холбогдох иргэний нэхэмжлэлийн асуудлаар шүүхэд төлөөлүүлэх хүсэлтийг прокурорт гаргаагүй.

Төрийн байгууллагын нэрийн өмнөөс өрийн баталгаа гаргахтай холбогдон үүсэх харилцаанд Өрийн удирдлагын тухай хууль үйлчлэх бөгөөд тус хуулийн 8 дугаар зүйлийн 8.1 дэх хэсгийн 8.1.4-т заасанаар өрийн баталгаа гаргахтай холбоотой шийдвэрийг гагцхүү Засгийн газар гаргаж, 9 дүгээр зүйлийн 9.1 дэх хэсгийн 9.1.7-д заасаар санхүү, төсвийн асуудал эрхэлсэн төрийн захиргааны төв байгууллага /Сангийн яам/ хэрэгжүүлэхээр байна. Энэ хууль болон бусад хууль тогтоомжоор ирээдүйд үүсч болох төлбөрийн үүрэгтэй холбоотой баталгаа гаргах эрхийг прокурор эдлэхгүй, мөн Эрдэнэт үйлдвэр ТӨҮГ, Эрдэнэс Оюу Толгой ХХК нь төлбөрийн үүрэг хүлээх баталгаа гаргах эрхийг прокурорт олгоогүй байна.

Нийслэлийн прокурорын газрын ерөнхий прокурорын орлогчоор ажиллаж байсан Ц.Насанбат дээр дурдсан эрх, баталгаа гаргах зөвшөөрлийг бусдад олгосон нь үндэслэлгүй байна.

Иймд Прокурорын тухай хуулийн 6 дугаар зүйлийн 6.2 дахь хэсэгт заасны дагуу Нийслэлийн прокурорын газрын 2020 оны 11 дүгээр сарын 06-ны өдрийн

D:\2022\ХБМБАХТХ\А4 Toom.doc

1:010306·6

2

"Мэдээлэл хүргүүлэх тухай" мн/123 тоот албан бичгээр бусдад хууль зөрчиж олгосон эрх, баталгаа гаргах зөвшөөрөл хүчингүй болохыг мэдэгдье.

УЛСЫН ЕРӨНХИЙ ПРОКУРОРЫН
ОРЛОГЧ, ТӨРИЙН ХУУЛЬ ЦААЗЫН
ШАДАР ЗӨВЛӨХ                                    М.ЧИНБАТ



*Unofficial translation*

To Chief Prosecutor of the Prosecutor's office of Capital City Mr. Ariunbold.Ts

Regarding the Prosecutors' decision

Former Deputy Chief prosecutor of the Capital city prosecutors' office Nasanbat.Ts sent an official letter number mn/123 on "Forwarding the information" dated 6 November 2020 to Sarah Y. Walker, Partner of Kings and Spalding LLP.

By this letter he instructed on behalf of the Agency of state property policy and coordination, Erdenet Mining Corporation SOE, Erdenes Oyu Tolgoi LLC to approach courts in foreign countries to freeze assets, undertake other actions and confirmed that, if damages are caused as a result of such actions to a defendant or third party, those damages should be the responsibility of and compensated by the above-mentioned state and state-owned entities, and authorized Sarah Walker, Partner of Kings and Spalding LLP, to offer a warranty in this regard.

The Agency of state property policy and coordination, Erdenet Mining Corporation SOE, Erdenes Oyu Tolgoi LLC didn't issue a request to prosecutor to be represented in a court in a civil case related to S.Batbold and et.al.

The relations arising from issuing a debt warranty on behalf of the state entity are regulated by the Law on debt management and, in accordance with Part 8.1.4 of the Clause 8.1. of the Article 8 of this law, a decision related to issuing a debt warranty is made solely by the Government, and, in accordance with Part 9.1.7 of the Clause 9.1. of the Article 9 of the same law, the central administrative authority in charge of the finance and budget /Ministry of Finance/ is to implement it. By this law and other relevant laws and regulations, a prosecutor is not empowered to issue a warranty related to payment obligation which may arise in the future, and Erdenet Mining Corporation SOE, Erdenes Oyu Tolgoi LLC didn't provide an authority to a prosecutor to issue a warranty on payment obligation.

Provision of the above-mentioned authority and permission to issue a warranty by former Deputy Chief prosecutor of the Capital city prosecutor's office Ts.Nasanbat was without basis.

Therefore, in accordance with Clause 6.2 of the Article 6 of the Law on

prosecutors, it is being notified that the authority and permission to issue a warranty provided in breach of law to others by the letter of the prosecutor office of the Capital city number mn/123 dated 6 November 2020 was invalid.

DEPUTY PROSECUTOR GENERAL                    CHINBAT.M

"КИНГ ЭНД СПАЛДИНГ" НӨХӨРЛӨЛИЙН ХУУЛЬЧ,
ХАТАГТАЙ САРА Я УОКЕР ТАНД

Улсын ерөнхий прокурорын орлогчоос иргүүлсэн, 2022 оны 01 дүгээр сарын 24-ний өдрийн албан бичгээр Баянзүрх дүүргийн Иргэний хэргийн анхан шатны шүүхийн шүүгчийн 2021 оны 11 дүгээр сарын 18-ны өдрийн 101/Ш32021/20096 дугаар захирамжаар хэрэгсэхгүй болгосон иргэний хэрэгт Нийслэлийн прокурорын газрыг болон төрийн эрх бүхий байгууллагыг төлөөлөн оролцож байсан прокурор миний аливаа эрх, үүрэг дээрх шийдвэр хүчин төгөлдөр болсон өдрөөр дуусгавар болсон.

Тиймээс миний бие Нийслэлийн прокурорын газар, төрийн болон төрийн өмчит байгууллагуудыг төлөөлөхгүй болно.

Цаашид Ц.Насанбат би дээрх иргэний хэрэг, маргаантай холбоотой асуудлаар ямар нэгэн эрх эдэлж, үүрэг хүлээхгүй болохыг "Кинг энд Спалдинг Интернэйшнл" ХХН, Сара Я Уокер (Sarah Y.Walker) та бүхэнд албан ёсоор мэдэгдэж байна.

Хүндэтгэсэн   Ц.Насанбат

Энэ захирмын хяналтын прокурор У. Эрдэнэтүяагаар ашилч хаяг руу орүүлж ашиллсан, 2022 оны 01 дүгээр сарын 27-ны өрмөн 17.19 цагт K&S нөхөрлөлийн хуульч С.Я. Вокерын мэйл хаягаар явуулсан болно.

П/1

Хүндэтгэсэн Ц.Насанбат

-------- Original Message --------

**Subject:** Information
**Date:** 2022-01-27 5:19 pm
**From:** Насанбат <nasanbat@prokuror.mn>
**To:** SWalker@KSLAW.com

Dear Mrs. Sara Yasmin Walker,

Please accept my warm greetings of today!

I would like to let you know that I got an official letter dated January 24, 2022 from the Prosecutor General Office of Mongolia that says the Metropolitan Prosecutor's Office and the State authority will not be represented by me anymore in the civil case which was dismissed by the decision No. 101/SHZ2021/20096 of the First Instance Civil Court of the Bayanzurkh District. The court decision was released in November 18, 2021 and now is validated. In other words, my all obligation was terminated from the date that the court decision got validated.

Accordingly, I am not a prosecutor who will represent the Metropolitan Prosecutor's Office and the State authority.

Once again, I hope you /Mrs. Sara Yasmin Walker, lawyer of the Partnership "King and Spalding"/ got my official notification by this e-mail message related to my representation on the abovementioned case.

Thank you very much for your kind cooperation.

With the best regards,
Nasanbat Tseepil

| | |
|---|---|
| From | : Gantuvshin g <gantuvshin.g@prokuror.mn> |
| Subject | : Regarding the complaint and official letter; |
| Date | : 10-03-2022 13:56 |
| To | : <jemurphy@kslaw.com>; |
| CC | : <swalker@kslaw.com>; |

Attachments

letter and attachments.pdf (4,2 M)

Click here if you think this message is spam.

Dear J. Merrett Murphy,

We are hereby sending you a letter from our prosecutor's office.
Our official letters are all with unofficial translation from Mongolian to English.
Please find the attachments.

Best regards,
Gantuvshin Ganbaatar

*[handwritten notes in Mongolian with signature]*