# EXHIBIT 7

| | |
|---|---|
| **Date:** | Thursday, April 12 2018 10:44 AM |
| **Subject:** | Former Prime Ministers to be detained for 30 days - Welcome to MONTSAME News Agency |
| **From:** | Ganbat Chuluunkhuu (RVJ) |
| **To:** | Snezana Gebauer <sgebauer@k2intelligence.com>; Simran Hanjra <shanjra@k2intelligence.com>; Richard Messick ; Matthew Taylor <mtaylor@k2intelligence.com>; Joel McCleary ; Gare Alan Smith <gsmith@foleyhoag.com>; Abby Stanglin <AStanglin@K2intelligence.com>; Jules Kroll <Jules@K2intelligence.com>; |

http://montsame.mn/en/read/14530

# Former Prime Ministers to be detained for 30 days



Ulaanbaatar/MONTSAME/ Former Prime Ministers Ch.Saikhanbileg and S.Bayar will be detained for 30 days, in pursuant to decisions of the Primary Criminal Court of Bayanzurkh, Sukhbaatar and Chingeltei Districts on April 12.

Regarding Oyu Tolgoi and Dubai Agreements, the Independent Authority Against Corruption (IAAC) questioned former Prime Ministers Ch.Saikhanbileg and S.Bayar and put them under arrest in the course of the investigation on April 10.

Based on the IAAC's request for prosecution, the Ulaanbaatar Prosecutor's Office applied the Capital City Prosecutor Office for their further detention. Reviewing the request, the Capital City Prosecutor Office filed a petition with the court.

M.Unurzul


Ganbat Chuluunkhuu
RVJ Capital • Director