# EXHIBIT 9

| | |
|---|---|
| Date: | Thursday, February 25 2021 12:33 PM |
| Subject: | Су.Батболд__Х.Баттулгыг_хуулийн_байгууллагад_өгсө....pdf |
| From: | Ganbat Chuluunkhuu (Gmail) |
| To: | Jules Kroll <jules@k2integrity.com>; |
| Attachments: | Су.Батболд__Х.Баттулгыг_хуулийн_байгууллагад_өгсө....pdf |

**Ganbat Chuluunkhuu**

CONFIDENTIAL

K2_0011502

Friday - February 26, 2021 | USD. 2,849.49 | 2.0° | Join us:



| Politics and economics | Crime | Society and culture | Sports | Easy news |

Press ˅

Advertising



Advertising

# Su.Batbold: Kh.Battulg has been handed over to a law enforcement agency and his reputation will be restored

Sonin.mn agency
3 hours ago
Reviews (60)



Recently, I talked to S.Batbold, a member of the Parliament, about the information about the former Prime Minister and Member of Parliament S.Batbold.

**-In an interview with the press, Ts.Nasanbat, Deputy Prosecutor General of the Capital City Prosecutor's Office, said that the freezing and sealing of assets related to you are taking place in the courts of several foreign countries at the same time. Want to hear your position on this?**

-First of all, I would like to explain the events that have caused confusion in the society over the past few months and have attacked not only S.Batbold but also the Government of Mongolia, the Prime Minister and many other organizations and individuals. Prosecutor Ts. Nasanbat gave the interview that started the plot.
Prominent politicians have filed lawsuits against me on social media and in the New York State Court against the Government of Mongolia, the State Property Policy and Regulation Agency, Erdenet Mining Corporation, and Erdenes Oyu Tolgoi LLC. We have seen that he filed a lawsuit, claiming that even the Prime Minister of Mongolia was involved in it. As soon as it was proved that the above-mentioned state-owned companies and the government were not connected at all, the owners of the foreign companies, who were carrying out defamation proceedings against me, came to the court. It is clear that the Government of Mongolia is not involved in this issue at all. That's a good thing.

**-But why is there so much classified material about you everywhere?**

-From the very beginning, such defamatory documents were collected and deliberately violated the Law on State and Official Secrecy and classified as "top secret". This created a fictitious situation in which neither I nor my lawyer could get acquainted with the facts and information. However, is it immoral for a prosecutor to be rude, such as acknowledging that he or she does not deny real estate? In other words, the fact that the man did not show it after stamping it as "top secret" is promoting it as a crime he admits. Is it legally possible? At least it seems to be the professional ethics of a prosecutor.

> Frankly, I have had almost the same information about this civil case as the journalist. However, material related to this case has been spread on various blogs and in the media with various explanations, and "top secret" materials have been posted on the Internet.

My attorney has repeatedly complained to the court that the public has no choice but to suspect that this is the case. Therefore, the court appointed an expert to issue an opinion, but the expert did not comment on the facts, but only on the information contained in the content of the claim. Some of the facts attached to the lawsuit filed in the Bayanzurkh District Court remain highly secret to this day. The plaintiff, who used the name of the plaintiff in the name of the state, seems to be in a position to retaliate when it becomes clear that he has violated the law.

**-Did you say that you benefited from Turquoise Hill's illegal payments by creating an advantage for others in terms of ownership and management of Oyu Tolgoi LLC, creating favorable tax and investment conditions?**

-In an interview with the press, Ts.Nasanbat vaguely said that he had created favorable conditions and

CONFIDENTIAL  K2_0011504

advantages for taxation and investment in Oyu Tolgoi. However, in his materials submitted to a foreign court, S.Batbold slandered in black and white, saying that he had reduced the interest rate on Oyu Tolgoi, reduced the tax, and received something in return. In fact, the government I lead has submitted to Parliament the issue of canceling double taxation agreements with countries such as the Netherlands and Luxembourg, which were signed in 2002 and earlier. As a result, the tax exemption for participants in the Oyu Tolgoi project has been increased from 0-10 percent to 20 percent, eliminating the need for tax exemptions for participants in projects centered or registered in countries with double taxation agreements with Mongolia. Everyone knows that Rio Tinto is suing the London Arbitration Court over a tax act filed by our country's tax authorities. Mongolia has the right to collect most of the additional $ 1 billion in taxes because our government decided to close the tax loophole that existed many years ago. The strangest thing is that I understood from the speech of the Minister of Justice at the Parliament session that the law firm representing the Mongolian government in the London Arbitration Case is King and Spalding, which is going to a foreign court on behalf of the prosecutor Ts. Nasanbat. So this company needs to understand very well who closed the tax loophole, when, and why the Mongolian government has the right to collect this tax. But why isn't this tax considered as money that the Mongolian side should get, but even as an advantage given to the other side? It is unclear who they are working for. On the Mongolian side? On the side of Rio Tinto? Or are you trying to repeal this $ 1 billion tax bill by accusing the person who originally proposed the tax of double play and conspiracy? This is the money that should be taken and the taxes that should be imposed. I don't understand how a person who has raised taxes and, to put it simply, the Mongolian side will get hundreds of millions of dollars in additional taxes and the other side will not pay, will create an advantage for the investors. On the Mongolian side? On the side of Rio Tinto? Or are you trying to repeal this $ 1 billion tax bill by accusing the person who originally proposed the tax of creating a double game and conspiracy? This is the money that should be taken and the taxes that should be imposed. I don't understand how a person who has raised taxes and, to put it simply, argued that the Mongolian side would get hundreds of millions of dollars in additional taxes and the other side would not pay, would create an advantage for the investors. On the Mongolian side? On the side of Rio Tinto? Or are you trying to repeal this $ 1 billion tax bill by accusing the person who originally proposed the tax of creating a double game and conspiracy? This is the money that should be taken and the taxes that should be imposed. I don't understand how a person who has raised taxes and, to put it simply, argued that the Mongolian side would get hundreds of millions of dollars in additional taxes and the other side would not pay, would create an advantage for the investors.

**-You have been accused in a foreign court of raising interest rates on loans from the Mongolian side and causing significant damage to the country. Can you give a clear answer in this regard?**

-The government led by me amended the Oyu Tolgoi agreement to reduce the interest rate from 9.9 percent to 6.5 percent in 2011, and the Mongolian side was exempted from hundreds of millions of dollars in interest payments. The interest to be paid by the Mongolian side was agreed in the first agreement. Everyone is saying that this is a pressure on the Mongolian side. It is easy to see that lowering the interest rate from 9.9 percent to 6.5 percent by almost 30 percent would be beneficial for

CONFIDENTIAL

Mongolia. For example, if you have a 15 percent mortgage, someone has reduced your interest rate to 10 percent. But will you sue the person who reduced the interest rate because it is "not profitable for me, it is profitable for the bank"? This is exactly the senseless slander.

> It is clear to anyone that a foreign investor who does not accept the significant reduction in interest payments from Mongolians, the hundreds of millions of dollars paid, and the significant increase in taxes paid to the Mongolian government, will not thank the Prime Minister for the decision. It is very unfortunate that the Deputy Prosecutor of the Capital City, Ts. Nasanbat, and his associates are making such baseless slanders.

**-Does this mean that Ts.Nasanbat, the deputy prosecutor of the capital city, has unjustifiably accused you in connection with the Oyu Tolgoi project?**

-Everyone will understand that it will be beneficial for Mongolia to reduce interest rates and increase taxes to be paid to Mongolia. It is surprising that prosecutor Ts. Nasanbat deliberately avoids understanding such a simple thing and denies that the decisions that are beneficial to the Mongolian side are wrong. Are you trying to increase the interest rate that Mongolians pay and reduce the tax that families pay in Mongolia? The question arises as to whether the Deputy Prosecutor General of the capital city is on the side of the Mongolian people or on the side of Rio Tinto. Or, as mentioned above, has anyone made such a slander abroad? Is Mongolia under the influence of foreigners trying to reduce taxes and increase interest rates? Whose side are those foreign comrades working for? I'm sure it's not on Mongolia's side.

Such baseless allegations are being made in the materials submitted to foreign courts. It must be clarified who fabricated such a slander and for what purpose.

**-There are few people in our country who have the authority and influence to organize such a large-scale defamation involving representatives of law enforcement agencies. Who do you think is leading all this slander?**

Q: You may have seen the Deputy Chief of Staff slander me on a paid television program yesterday on behalf of the young President in a New York court case. It is showing the public who is the perpetrator of this slander, which is intensifying in Mongolia. When you watch that show, it seems clear where you're going. Who appoints the prosecutor? The perpetrator is now transparent. Recently, the President, who is supposed to be a representative of national unity, slandered me from the rostrum of the Parliament, saying that he had staged a coup d'etat. Just a few days after I was slandered in such a serious case, the President will hold a meeting to support the ministers who should have turned around and form a new government. If there is a coup d'etat, will the President support that government? Such baseless slander comes out of his mouth without any responsibility. I appealed to the law on this issue. Requiring an opinion will restore your reputation. From the rostrum of the Parliament, all Mongolians have seen that they can easily slander others across the country without any grounds. If you can slander like that, you can blame anyone for anything. I have been slandered for many years, but this

CONFIDENTIAL  K2_0011506

time the presidential election has become more widespread, more organized, and more heated. I appealed to the law on this issue. Requiring an opinion will restore your reputation. From the rostrum of the Parliament, all Mongolians have seen that they can easily slander others across the country without any grounds. If you can slander like that, you can blame anyone for anything. I have been slandered for many years, but this time the presidential election has become more widespread, more organized, and more heated. I appealed to the law on this issue. Requiring an opinion will restore your reputation. From the rostrum of the Parliament, all Mongolians have seen that they can easily slander others across the country without any grounds. If you can slander like that, you can blame anyone for anything. I have been slandered for many years, but this time the presidential election has become more widespread, more organized, and more heated.

**-It was said that you and your affiliates own many companies and assets in foreign countries. In general, please comment again on the information that you have a company in an international or offshore zone.**

-In my life and business history, there is no history of the state stealing railways, concessions or tenders and getting rich illegally. Speak responsibly. The companies I belong to have been operating legally. We still work according to the law. In fact, some people seem to have forgotten something. Like everyone else, I started my business in the 1990s. When he entered politics in 2000, he had already established one of the most successful and large companies in Mongolia. Even today, the company we have built is still one of the leading companies in Mongolia. During his career in the business sector, he has implemented many successful projects and collaborated with many external partners. Before the law on interests came into force, in the early 2000s, most large companies were established in offshore areas with a favorable tax environment. Our company also established a company abroad based on this principle. The law on interests was passed and offshore companies were closed in accordance with it. Since the law came into force, there have been no companies, accounts or facilities registered in the offshore zone. Everyone who runs a large business in Mongolia has a foreign partner or a well-known investor. There is no other way. In 2006, while my son was studying in London, my family had to live there and bought an apartment in London. In 2016, our children returned to Mongolia after graduating from high school, and many years ago, while running a business, they became acquainted. sold to foreign investors who had business partner relationships. We still have a partnership with Altai Holding. However, he accused the man, tried to seize his property and tied it to me, and filed a lawsuit in a foreign court, attacking the apartment, business and real estate of our well-known businessman.

> **It is extremely rude and vicious to attack a foreigner's reputation and legal rights to property just because of a dirty political game to blacken me. Also, the Oyu Tolgoi agreement and the Erdenet-related slander are deliberately confused with our 2006 business activities, which shows that this activity was organized from the very beginning and was politically motivated.**

In other words, in 2005 and 2006, I established companies in accordance with the law. But what does it

CONFIDENTIAL                                                                                                                                   K2_0011507

mean to slander these companies in connection with the amendments to the Oyu Tolgoi agreement in 2011? In other words, there are no rumors of an agreement in 2005, but in 2011 the Oyu Tolgoi agreement was amended to say that they were taking bribes? There is such an unhealthy argument.

**-What is the current stage of the foreign court process? Do you understand that you are getting acquainted now that the case is being kept secret?**

-First I was classified as "top secret" and then I was slandered and insulted, and then I was asked to explain some parts of the secret. Now that some of the secrets have been revealed, it's good to talk. Explain well. From the outset, the New York court ruled against the plaintiffs. On December 9, 2020, the lawsuit against me was terminated without any agreement or conditions. That fact is on the New York court website, where slanderers look at me when they slander me. However, prosecutor Ts. Nasanbat said in his interview that it was as if some kind of agreement had been reached and the case had been dropped. It seems that there is a purpose behind such an easy-to-reveal slander on such a clear subject. There are lawsuits related to the property and business of a foreign businessman. The issue needs to be clarified by him.

> **It is clear that well-known individuals have created unfounded and untrue claims in the domestic court without a plaintiff or petitioner, such as creating an advantage for others in the Oyu Tolgoi issue and concluding a damaging contract in Erdenet, and using foreign private investigators, law firms and courts in this heinous act. It's over. I will go to court and verify the truth.**

This cross-border issue is a politically motivated slander from the outset. The Mongolian side of the Oyu Tolgoi agreement was distorted as if it was beneficial for Rio Tinto, and baseless slanders were made about Erdenet. The defamation was orchestrated by those who had won millions of dollars in bidding for the railway project on someone's far-fetched, politically motivated orders. The ordered dirty slander movie continues. However, in the offshore zone, which is a deliberate violation of Mongolian law, the capital alone is a million dollars.
Independent Mongolia has its own judiciary and judiciary. I hope that after some time, justice and the truth will prevail and the issue of black PR and slander will be resolved fairly. In fact, it is said that if you go, the ox cart will catch up with the rabbit.

**REVIEWS (60)**

Your name:

Comment:

ATTENTION!
Please be legal and ethical when writing a review. Admin has the right to delete inappropriate comments. Sonin.mn is not responsible for the comments.

SEND

CONFIDENTIAL
K2_0011508