# EXHIBIT 30

**Important:**                                                                                                                        ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

# Comprehensive Report

**Comprehensive Report**
**Date:** 06/27/2022
**Reference ID: 06432-00001**

**Report Legend**

   - Deceased Person

**Relatives**


&gt; - 1st Degree of Separation
&gt;&gt; - 2nd Degree of Separation
&gt;&gt;&gt; - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: **GANBAT CHULUUNKHUU** (03/01/2001 to 05/03/2022)
Date of Birth: **XX/XX/1974**, Born **48** years ago
Subject Using Deceased Individual's SSN
**D**    THOMAS BYRNE

Date of Death: **01/01/2011**, Died at **83**

**Other Names Associated with Subject**
GANBAT CHULUUNHUU(03/01/2001 to 01/01/2019)
GANBAT CHULUUNH(03/01/2001 to 12/14/2009)

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(917) 915-4287 (ET) (Mobile) (86%)
(203) 397-7539 (ET) (LandLine) (68%)
(212) 866-5167 (ET) (LandLine) (68%)
(203) 288-4837 (ET) (LandLine) (67%)
(646) 340-0446 (ET) (LandLine) (66%)
(917) 770-4106 (ET) (Mobile) (66%)
(646) 340-0451 (ET) (LandLine) (16%)
(347) 987-9404 (ET) (Mobile) (15%)
(347) 491-4372 (ET) (Mobile) (14%)
(646) 491-4372 (ET) (Mobile) (4%)
(646) 239-6907 (ET) (Mobile) (3%)
(646) 821-5780 (ET) (Mobile) (3%)
(212) 266-7214 (ET) (LandLine) (3%)

## Indicators

Bankruptcies: **No**
Liens: **No**
Judgments: **No**
Properties: **No**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**

Gender: **Male**
SSN: [redacted] issued in **CONNECTICUT** between **2001-2003**

SSN: ███ issued in **CONNECTICUT** between **1960-1962**

Other Individuals Observed with shared SSN:
THOMAS BYRNE
XX/XX/1927 (94)

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (None Found)

## Address Summary (19 Found)

- NEW YORK, NY 10044-0214 (NEW YORK COUNTY) (05/01/2021 to 06/27/2022)
- NEW YORK, NY 10036-2113 (NEW YORK COUNTY) (04/03/2017 to 06/02/2021)
- NEW YORK, NY 10036-1910 (NEW YORK COUNTY) (12/02/2020 to 12/03/2020)
- NEW YORK, NY 10044-1127 (NEW YORK COUNTY) (12/01/2003 to 06/02/2017)
- NEW YORK, NY 10044-1129 (NEW YORK COUNTY) (03/01/2001 to 04/18/2016)
- NEW YORK, NY 10019-3622 (NEW YORK COUNTY) (12/14/2009 to 04/02/2017)
- NEW YORK, NY 10019-3625 (NEW YORK COUNTY) (12/01/2009 to 02/28/2010)
- NEW YORK, NY 10023-6216 (NEW YORK COUNTY) (02/02/2017 to 02/02/2017)
- NEW YORK, NY 10018-2641 (NEW YORK COUNTY) (01/31/2011 to 01/31/2011)
- NEW YORK, NY 10025-2733 (NEW YORK COUNTY) (08/2006 to 08/2006)
- NEW YORK, NY 10025-2733 (NEW YORK COUNTY) (06/01/2003 to 06/01/2003)
- HAMDEN, CT 06514-2109 (NEW HAVEN COUNTY) (03/27/2004 to 03/27/2004)
- NEW HAVEN, CT 06511-2925 (NEW HAVEN COUNTY) (03/27/2004 to 03/27/2004)
- NEW HAVEN, CT 06511-2925 (NEW HAVEN COUNTY) (07/01/2002 to 07/01/2002)
- HAMDEN, CT 06514-2153 (NEW HAVEN COUNTY) (01/01/2002 to 01/01/2002)
- NEW YORK, NY 10027-5804 (NEW YORK COUNTY) (12/01/2003 to 03/18/2004)
- APT 31, NEW YORK, NY 10027-5850 (NEW YORK COUNTY) (03/01/2001 to 12/23/2003)
- NEW YORK, NY 10029-2948 (NEW YORK COUNTY) (08/01/2003 to 08/01/2003)
- WOODSIDE, NY 11377-4122 (QUEENS COUNTY)

## Address Details (19 Found)

███, NEW YORK NY 10044-0214 (NEW YORK COUNTY) (05/01/2021 to 06/27/2022)   [ Back to Summary ]
Address contains: 1 office, 36 penthouses, 465 apartments
Current Commercial Phones at address
  (646) 922-0190(ET) - AVAILABLE EMERGENCY TOWING
  (212) 750-5301(ET) - OCTAGON LP
  (212) 888-8692(ET) - OCTAGON THE
  (212) 750-3570(ET) - ORION CAFE
  (212) 230-1538(ET) - SUTTON TIM
  (212) 888-1055(ET) - THE OCTAGON
  (212) 888-8887(ET) - VERDANT POWER INC

███, NEW YORK NY 10036-2113 (NEW YORK COUNTY) (04/03/2017 to 06/02/2021)   [ Back to Summary ]
Address contains: 1 floor, 2 front units, 70 penthouses, 926 apartments