# EXHIBIT 33

| | |
|---|---|
| **From:** | Cherry, Mark J. |
| **To:** | Darryl Stein; Crain, Lee R.; Snyder, Orin; Portlock, Karin |
| **Cc:** | Zachary D. Rosenbaum |
| **Subject:** | RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW |
| **Date:** | Wednesday, November 24, 2021 6:23:35 PM |

Darryl,

That time will work for us. I will circulate a calendar invitation with dial-in information shortly.

Happy Thanksgiving,
**Mark J. Cherry**
*(he/him/his)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478
MCherry@gibsondunn.com • www.gibsondunn.com

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Wednesday, November 24, 2021 11:57 AM
**To:** Cherry, Mark J. <MCherry@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**
Mark, we're not available this afternoon, but we could speak at 11am on Monday. If that works for your team, can you circulate an invite?

Happy thanksgiving.

Best,
Darryl


Darryl Stein
+1 212 488 1243



www.kobrekim.com

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Cherry, Mark J. <MCherry@gibsondunn.com>
**Sent:** Monday, November 22, 2021 7:49 PM
**To:** Darryl Stein <Darryl.Stein@kobrekim.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Darryl,

We are not available at 10:00am on Wednesday. Would you be available between 3:30 - 5pm on Wednesday?

Best,
**Mark J. Cherry**
*(he/him/his)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478
MCherry@gibsondunn.com • www.gibsondunn.com

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Monday, November 22, 2021 1:50 PM
**To:** Cherry, Mark J. <MCherry@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zach Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

Best,
Darryl

Darryl Stein
+1 212 488 1243



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Cherry, Mark J. <MCherry@gibsondunn.com>
**Sent:** Saturday, November 20, 2021 12:19 PM
**To:** Darryl Stein <Darryl.Stein@kobrekim.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Darryl,

Unfortunately, we are not available at 10am on Monday. Would you be available at 3pm on Tuesday?

Best,
**Mark J. Cherry**
*(he/him/his)*

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478
MCherry@gibsondunn.com • www.gibsondunn.com

---

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Friday, November 19, 2021 9:03 AM
**To:** Cherry, Mark J. <MCherry@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

Could we speak at 10am ET on Monday to discuss your questions below?

Best,
Darryl


Darryl Stein
+1 212 488 1243



www.kobrekim.com

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

---

**From:** Cherry, Mark J. <MCherry@gibsondunn.com>
**Sent:** Monday, November 15, 2021 4:39 PM

**To:** Darryl Stein <Darryl.Stein@kobrekim.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Darryl,

We are willing to accept your proposed modification to allow K2 a five-page reply. Please see the attached slightly revised draft stipulation and proposed order. Please let us know if we have Zachary's consent to add his electronic signature, and we can get this on file.

As to the cost, $25,000-$35,000 seems much more than what we'd expect to merely process data. Can you advise what specifically that sum covers (i.e. if it's more than just processing) and what vendor you're intending to use? In our experience on comparable matters, processing that volume of data costs a small fraction of that sum.

We have some additional questions as well about the data that we think might be able to assist both parties going forward:

1. What email system does K2 use and does it have any discovery tools built into it to run initial targeted searches?

2. We understand that K2 has identified two sources of data in addition to emails: (1) an internal network hard drive with a folder dedicated to the relevant investigation; and (2) an SFTP site used to communicate with Mongolian entities.
    a. Can K2 confirm that anything in the SFTP site would also be saved to the network drive?
    b. Are there any other sources of data besides network drive, SFTP, and emails?
    c. What are the data sizes for each of these sources of data: (a) network drive; (b) SFTP; and (c) email?
    d. What is the file/folder architecture for the network drive and the SFTP? Are there sub-folders and if so, how many and what are their names? Please also advise as to the data size of each folder.
    e. With respect to the emails, can you advise how you've identified the universe? For each custodian, is that *all* of their emails for a certain date, or have the custodians segmented emails related to this proceeding in some particular way?

Best,
**Mark J. Cherry**
*(he/him/his)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478

MCherry@gibsondunn.com • www.gibsondunn.com

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Friday, November 12, 2021 4:35 PM
**To:** Cherry, Mark J. <MCherry@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

As to the stipulation, we are fine with your response being filed on November 17, but given that you propose responding under one provision of the Rules while arguing that another provision (that does not provide for a response) applies instead, we are also including a provision allowing our client to file a five-page reply one week after your response. We've revised the draft accordingly and you have permission to file if this is acceptable to you.

While we won't litigate the rest of your comments by e-mail, Magistrate Judge Wang specifically noted that she would address privilege issues "in a future discovery motion when the Court can look at actual discovery requests," and that "K2 may challenge particular requests" under the Rule 26. If there is additional information that you have requested about K2's documents that you do not think we have provided please do let me know and I will try to get you answers. And if you think that the appropriate next step is to incur the expense of processing these documents, kindly confirm that your client will pay the out of pocket costs for doing so, which we expect to be around US $25,000 to US $35,000.

Best,
Darryl


Darryl Stein
+1 212 488 1243



**www.kobrekim.com**

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Cherry, Mark J. <MCherry@gibsondunn.com>
**Sent:** Thursday, November 11, 2021 3:14 PM
**To:** Darryl Stein <Darryl.Stein@kobrekim.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Darryl,

We have attached a draft stipulation for your consideration. To be clear, we are not at all conceding that grants of Section 1782 applications are dispositive or that your motion falls under Rule 72(b), propositions that are contrary to the majority view of courts. If 72(b) did apply, there would be a clear deadline already provided by the Rule. But we don't believe the parties need to agree on that point to enter into a stipulation confirming Petitioner's deadline—we can deal with that in motions practice.

With respect to your three follow up inquiries:

- Our client has declined to accept your proposed offer to identify the source of payments to K2 in connection with its work on this matter, in exchange for an agreement from our client that Section 1782 discovery is otherwise complete. The information K2 has offered is plainly within the scope of discovery that the Court has approved and found to be nonprivileged. But there are many other pieces of information and documents that are also relevant and nonprivileged, and our client cannot agree to forfeit his entitlement to that discovery in exchange for information to which he is already plainly entitled.

- We have asked you several times for more information that can help both parties assess how to narrow, but it seems that K2 is unwilling or presently unable to provide it. The next step is to proceed to collect, load, and de-duplicate to get an accurate assessment of the universe of responsive materials and then begin working together on search terms that can narrow the number of documents necessary to review. Our understanding is that the cost to host that type of data, at the relatively small volume of 100GB, is not significant but if you have received a cost estimate that you believe is high, please provide it. We are more than willing to engage in negotiations over reasonable search terms, but K2 needs to start processing the data. We ask that K2 complete that process as quickly as possible, and we remind you that we are seeking to expedite discovery here.

In addition to the ESI issues, there are several categories of obviously non-privileged information for which you can likely conduct targeted collections (*not* relying on ESI) and commence rolling productions. Those include: documents concerning the identity of K2's clients and the entities funding the investigation, all underlying factual documents centrally maintained, be it in a hard copy file, a share drive, a document management platform, etc., and any engagement letters. We would also propose speaking about some of our requests in more detail to determine if your client has knowledge that might render some moot or easily satisfiable. For instance, if your clients have had no contact at all with Benjamin Moyle or other individuals our RFPs refer to and can represent that his name won't appear in the universe of information we've requested, perhaps we can come to resolution on those types of specific requests.

- With respect to your request for an "explanation of how information concerning the sources of funding for the investigation, or the persons involved in the investigation, would be relevant to specific claims or defenses in the foreign proceedings," we refer you to the parties' briefing on our client's Section 1782 Application. In particular, we direct your attention to pages 16–17 and 21–24 of Petitioner's Memorandum of Law in Support of His § 1782 Application (Dkt. 15); pages 4–5 and 9–10 of Petitioner's Reply Memorandum of Law (Dkt. 43); Dkt. 17 ¶¶ 6–9 ; Dkt. 18 ¶¶ 5–7, Dkt. 48 ¶¶ 6–12 ; Dkt. 19 ¶¶ 8–11; Dkt. 20 ¶¶ 5–8 ; Dkt. 21 ¶¶ 8–12, Dkt. 49 ¶¶ 12–19. We further refer you to the Court's order granting the Section 1782 application, which found that the discovery sought is relevant and non-privileged. Finally, we'd ask you to review our recent letter. As we explain there, K2's investigation appears to be the foundation of each and every one of the global litigations.

We remain, as always, open to discussing these or any other topics, in an effort to expedite discovery in this matter.

Best,
**Mark J. Cherry**
*(he/him/his)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478
MCherry@gibsondunn.com • www.gibsondunn.com

---

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Tuesday, November 9, 2021 3:15 PM
**To:** Cherry, Mark J. <MCherry@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

Mark, thank you for your e-mail.  We do not object to Mr. Batbold responding to K2's objections to the dispositive order by November 17, 2021 under Rule of Civil Procedure 72(b). We can review the draft stipulation once you have it prepared.

Separately, we are still awaiting your response on several issues raised in our meet-and-confer calls:
- Your response to the offer we made on our Thursday, November 4, 2021 telephone call, that, without waiving privilege, K2 would be willing to identify the source of payments to K2 in connection with its work on this matter if, in exchange, your client agrees that Section 1782 discovery is otherwise complete and the subpoenas for documents and testimony are fully resolved.
- Your suggestions for how the subpoenas and searches can be narrowed, given that they request all or virtually all documents in K2's possession concerning this matter.
- Your explanation of how information concerning the sources of funding for the investigation, or the persons involved in the investigation, would be relevant to specific claims or defenses in the foreign proceedings.

With respect to your questions about the volume of data, our client has not been able to identify any specific reason for the large volume of data, such as a few specific large files.  As we previously explained, the process of collecting, processing, and hosting all of this data will be substantial and, without prejudice to the positions in our pre-motion letter and objection, we await your suggestions for how to narrow the scope before undertaking that cost.

Best,
Darryl



Darryl Stein
+1 212 488 1243



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-

mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

---

**From:** Cherry, Mark J. <MCherry@gibsondunn.com>
**Sent:** Tuesday, November 9, 2021 9:46 AM
**To:** Darryl Stein <Darryl.Stein@kobrekim.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Zachary and Darryl,

I write to follow up regarding our discussion concerning the time in which Mr. Batbold has to respond to K2's November 3, 2021 objections to Magistrate Judge Wang's order, and to see if K2 would consent to a stipulation allowing Mr. Batbold 14 days in which to respond. Federal Rule of Civil Procedure 72(b) permits a party to respond to another party's objections to a magistrate judge's dispositive recommendation within 14 days after being served with a copy of the objections. Rule 72(a), however, does not specify a time period in which a party may respond to another party's objection to a magistrate judge's non-dispositive order. We understand that K2 is taking the position that Judge Wang's order was a dispositive order (meaning 72(b) would apply), but has also recognized that other courts have found orders resolving Section 1782 applications to be non-dispositive (meaning 72(b) would apply). To resolve any ambiguity, we would like to confirm with the Court that Mr. Batbold may respond to K2's objections within 14 days of receiving them, or by November 17, 2021.

Please let us know if you agree, and we can draft a stipulation for your consideration.

Best,
**Mark J. Cherry**
*(he/him/his)*

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3978 • Fax +1 212.817.9478
MCherry@gibsondunn.com • www.gibsondunn.com

---

**From:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Sent:** Wednesday, November 3, 2021 1:45 PM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>; Cherry, Mark J. <MCherry@gibsondunn.com>
**Cc:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

Hi Lee, we would be happy to chat tomorrow at 9:30am. In the meantime, you had asked for further information about K2's engagement. By way of background, and without waiving privilege, K2's investigatory work concerning Mongolia first commenced pursuant to an October 31, 2017 engagement agreement between K2 Intelligence and the law firm Foley Hoag LLP. It continued pursuant to a September 17, 2018 services agreement between K2's English affiliate (K2 Intelligence Limited) and the Mongolian prosecutor's office, which referred to K2 working with King & Spalding LLP, and a December 27, 2018 memorandum of understanding among K2 Intelligence Limited, King & Spalding, and the Mongolian authorities.

We also have a proposal for information that K2 would potentially be willing to provide. We look forward to discussing tomorrow if that's when you're next available.

Best,
Darryl



Darryl Stein
+1 212 488 1243



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Wednesday, November 3, 2021 10:41 AM
**To:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>; Cherry, Mark J. <MCherry@gibsondunn.com>

**Cc:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Zachary – apologies for not being available at 10.  Our team is in court for much of today unfortunately.  We have windows tomorrow between 9:30-10:30 and 2-3PM as well as Friday after 4.  Let us know if any of those windows work, and we'd be glad to send an invite.

Lee
**Lee Crain**
*(he/him/his)*

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Mobile +1 203.984.9171
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Sent:** Tuesday, November 2, 2021 9:37 PM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>; Cherry, Mark J. <MCherry@gibsondunn.com>
**Cc:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**
GD Team-  We have some additional information that we would like to provide in furtherance of our meet and confer earlier this week.  Please let us know if you are available at 10AM tomorrow for a short follow-up call.  Thanks.


Zachary D. Rosenbaum
+1 212 380 2580



www.kobrekim.com

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally

privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Wednesday, October 27, 2021 7:53 PM
**To:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>; Cherry, Mark J. <MCherry@gibsondunn.com>
**Cc:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Subject:** [EXTERNAL] RE: In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

Thanks, Zachary – we have a window between 5-6 if that works for you. Please let us know and we can send around a dial-in.

Lee
**Lee Crain**
*(he/him/his)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Mobile +1 203.984.9171
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Zachary D. Rosenbaum <Zachary.Rosenbaum@kobrekim.com>
**Sent:** Wednesday, October 27, 2021 6:13 PM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Portlock, Karin <KPortlock@gibsondunn.com>; Cherry, Mark J. <MCherry@gibsondunn.com>
**Cc:** Darryl Stein <Darryl.Stein@kobrekim.com>
**Subject:** In re Application of Sukhbaatar Batbold, 1:21-mc-000218-RA-OTW

**[WARNING: External Email]**

Dear Counsel: We will be representing K2 Integrity in the above-captioned matter. Please let us know your availability tomorrow afternoon for a meet and confer. Thanks.

Zachary D. Rosenbaum
+1 212 380 2580



www.kobrekim.com

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.