**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
:
:
IN RE APPLICATION OF SUKHBAATAR BATBOLD :
FOR AN ORDER PURSUANT TO 28 U.S.C. §         :     21-MC-218 (RA) (OTW)
1782 TO CONDUCT DISCOVERY FOR USE IN         :
FOREIGN PROCEEDINGS                          :     **ORDER**
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Batbold's litigation chart (ECF 128-1). K2 has until **July 22, 2022** to add the following information to Batbold's chart:

(1) Whether the stays in each case are indefinite or due to expire;
(2) What deadlines exist for new counsel to appear, or for Plaintiffs to otherwise move their cases forward.

To the extent K2 and/or a representative from King & Spalding may want to otherwise respond to the chart, they may do so by that same date.

**SO ORDERED.**

Dated: July 19, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge