UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF SUKHBAATAR BATBOLD FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782,<br><br>     *Petitioner*. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 21-mc-000218-RA-OTW |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Sukhbaatar Batbold hereby gives notice of his voluntary dismissal of the above captioned Application.

Dated:   May 8, 2023
                                         Respectfully submitted,

                                         GIBSON, DUNN & CRUTCHER LLP

                                         */s/  Orin Snyder*
                                         Orin Snyder
                                         Karin Portlock
                                         Lee R. Crain
                                         Mark Cherry
                                         GIBSON, DUNN & CRUTCHER LLP
                                         200 Park Avenue, 47th Floor
                                         New York, NY 10166-0193
                                         Telephone: (212) 351-2400
                                         Facsimile: (212) 351-6335

                                         *Counsel for Petitioner SUKHBAATAR BATBOLD*